UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:                              )      Case No.   09-80749
Laura Debnam                        )
                                    )      Chapter:____13____
                                    )
            Debtor(s)               )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

IT APPEARING that pursuant to an Order previously entered by this Court, the amount of __$462.25__ was paid into the court by the Trustee for deposit into the U.S. Bankruptcy Court's Unclaimed Funds Account, representing funds paid to __RBC Centura n/k/a PNC Bank, National Association__, which were not negotiated by said claimant; and

IT FURTHER APPEARING that the Claimant has made an official request to the court for these funds to be paid, and the request and documents attached establish that the Claimant is entitled to Unclaimed Funds; and the court having verified that the funds are available for distribution to this Claimant, and for sufficient reasons appearing,

IT IS ORDERED that the Clerk, U.S. Bankruptcy Court, shall process this request for a check to be issued from the Unclaimed Funds Account in the total amount of __$462.25__ payable to __Dilks & Knopik, LLC assignee to RBC Centura n/k/a PNC Bank, National Association__ and send said check to payee at the following address:

Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie WA 98065

Date: Dec 11, 2014

_____
United States Bankruptcy Judge